UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN GOLDMAN,

                    Plaintiff,

          -against-

GEE COMMUNICATIONS, INC.

                    Defendant.

26-CV-1685 (LTS)

ORDER DIRECTING PAYMENT OF FEE
OR IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

This complaint in this action was submitted to the court by email and has been assigned

the docket number listed above. To proceed with a civil action, a plaintiff must either pay the

$405.00 in fees or, to request authorization to proceed without prepayment of fees, submit a

signed application to proceed *in forma pauperis* ("IFP"). *See* 28 U.S.C. §§ 1914, 1915.[1]

Within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees

or, if Plaintiff is unable to pay such fees, Plaintiff should complete, sign, and submit the attached

IFP application. Payment of the fees should be mailed to the following address: United States

District Court for the Southern District of New York, Cashiers-Room 260, 500 Pearl Street, New

York, NY 10007. Payment of the fees by postal mail must (1) be made by money order or

certified check; (2) be made payable to: Clerk, USDC, SDNY; and (3) include the docket number

listed above. Personal checks are not accepted. Payment of the fees also can be made in person at

the courthouse by credit card, money order, certified check, or cash.

No further action will be taken in this case, and no summons shall issue, until the fees are

paid or a completed and signed IFP application is received. If Plaintiff complies with this order,

---

[1] The $405.00 in fees includes a $350.00 filing fee plus a $55.00 administrative fee.
(Please check the fee schedule on the website for any updates.)

the case shall be processed in accordance with the procedures of the Clerk's Office. If the Court grants the IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1). If Plaintiff submitted proper payment for this action before receiving this order, the case will proceed once that payment is processed.

If Plaintiff fails to comply with this order within the time allowed, or fails to seek an extension of time to comply, the action will be dismissed without prejudice to refiling.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

Plaintiff has not included his address on his pleadings, as he is required to do. *See* Fed. R. Civ. P. 11(a). This order will be viewable on the public docket, and the Court directs the Clerk of Court to mail the order to an address used in a recent action, which is 15 West 55th Street, Apt. 5B, New York, NY 10019, and to email the order to the email address from which Plaintiff transmitted his complaint, which is justin@pr1mesound.com.

SO ORDERED.

Dated:   March 2, 2026
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge